VICTOR MANUEL TORRES
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619) 232-8776
Fax: (619) 232-5854
victor@victortorreslaw.com

Attorney for Defendant LIZBETH PINEDA

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        SEP 2 5 2012

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12 CR 0232-LDG-PAL |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| LIZBETH PINEDA(2), | |
| Defendant. | |

Lizbeth Pineda (Defendant) hereby substitutes Victor Manuel Torres, Esq., 406 Ninth Avenue, Suite 311, San Diego, CA 92101, telephone: (619) 232-8776, facsimile: (619) 232-5854, as attorney of record in place and instead of Scott M. Holper, Esq.

DATED: 9-4-12

*Lizbeth Pineda*

I consent to the above substitution.

DATED: 9/25/12

*Scott M. Holper, Esq.*

1

I have applied for admission *pro hac vice* and I am awaiting approval.

Above substitution accepted.

Date: 9/24/12

_____
Victor Manuel Torres, Esq.

I am retained counsel.

APPROVED:

DATED: 9/25/12

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate