UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  ) Case No. 2:12-cr-0232-LDG-PAL
        Plaintiff,  ) ORDER TO EXTEND SELF-SURRENDER DATE
vs.  )
LIZBETH PINEDA,  )
        Defendant.  )

The Court being advised in the joint motion of the parties, reasons for the request and for good cause thereon appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion is GRANTED. Defendant Lizbeth Pineda is ordered to self-surrender to the United States Marshal Service or the designated Bureau of Prisons facility no later than June 24, 2013 at noon.

DATED: 13 MAY 2013

HON. LLOYD D. GEORGE
Judge of the U.S. District Court

3